IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LESHON EUGENE JOHNSON
a/k/a Shon Johnson,

    Defendant.

Case No. 25-CR-12-JFH

FILED
AUG 01 2025
BONNIE HACKLER
Clerk, U.S. District Court
By _____ Deputy Clerk

## VERDICT FORM

We the Jury, duly empaneled in the above case, find the following as to Defendant Leshon Eugene Johnson:

**Count One of the Superseding Indictment**
**Possession of a Dog for Use in an Animal Fighting Venture**
7 U.S.C. § 2156(b) & 18 U.S.C. §§ 49, 2

Not Guilty _____

Guilty _Guilty_

**Count Two of the Superseding Indictment**
**Possession of a Dog for Use in an Animal Fighting Venture**
7 U.S.C. § 2156(b) & 18 U.S.C. §§ 49, 2

Not Guilty _____

Guilty _Guilty_

1

**Count Three of the Superseding Indictment**
**Possession of a Dog for Use in an Animal Fighting Venture**
**7 U.S.C. § 2156(b) & 18 U.S.C. §§ 49, 2**

Not Guilty  _Not Guilty_

Guilty  _____

**Count Four of the Superseding Indictment**
**Possession of a Dog for Use in an Animal Fighting Venture**
**7 U.S.C. § 2156(b) & 18 U.S.C. §§ 49, 2**

Not Guilty  _Not Guilty_

Guilty  _____

**Count Five of the Superseding Indictment**
**Possession of a Dog for Use in an Animal Fighting Venture**
**7 U.S.C. § 2156(b) & 18 U.S.C. §§ 49, 2**

Not Guilty  _Not Guilty_

Guilty  _____

**Count Six of the Superseding Indictment**
**Possession of a Dog for Use in an Animal Fighting Venture**
**7 U.S.C. § 2156(b) & 18 U.S.C. §§ 49, 2**

Not Guilty  _Not Guilty_

Guilty  _____

### Count Seven of the Superseding Indictment
### Possession of a Dog for Use in an Animal Fighting Venture
### 7 U.S.C. § 2156(b) & 18 U.S.C. §§ 49, 2

Not Guilty  __Not Guilty__

Guilty  _____

### Count Eight of the Superseding Indictment
### Possession of a Dog for Use in an Animal Fighting Venture
### 7 U.S.C. § 2156(b) & 18 U.S.C. §§ 49, 2

Not Guilty  __Not Guilty__

Guilty  _____

### Count Nine of the Superseding Indictment
### Possession of a Dog for Use in an Animal Fighting Venture
### 7 U.S.C. § 2156(b) & 18 U.S.C. §§ 49, 2

Not Guilty  __Not Guilty__

Guilty  _____

### Count Ten of the Superseding Indictment
### Possession of a Dog for Use in an Animal Fighting Venture
### 7 U.S.C. § 2156(b) & 18 U.S.C. §§ 49, 2

Not Guilty  __Not Guilty__

Guilty  _____

3

### Count Eleven of the Superseding Indictment
### Possession of a Dog for Use in an Animal Fighting Venture
### 7 U.S.C. § 2156(b) & 18 U.S.C. §§ 49, 2

Not Guilty  _Not Guilty_

Guilty  _____

### Count Twelve of the Superseding Indictment
### Possession of a Dog for Use in an Animal Fighting Venture
### 7 U.S.C. § 2156(b) & 18 U.S.C. §§ 49, 2

Not Guilty  _Not Guilty_

Guilty  _____

### Count Thirteen of the Superseding Indictment
### Possession of a Dog for Use in an Animal Fighting Venture
### 7 U.S.C. § 2156(b) & 18 U.S.C. §§ 49, 2

Not Guilty  _Not Guilty_

Guilty  _____

### Count Fourteen of the Superseding Indictment
### Possession of a Dog for Use in an Animal Fighting Venture
### 7 U.S.C. § 2156(b) & 18 U.S.C. §§ 49, 2

Not Guilty  _Not Guilty_

Guilty  _____

**Count Fifteen of the Superseding Indictment**
**Possession of a Dog for Use in an Animal Fighting Venture**
**7 U.S.C. § 2156(b) & 18 U.S.C. §§ 49, 2**

Not Guilty  _Not Guilty_

Guilty  _____


**Count Sixteen of the Superseding Indictment**
**Possession of a Dog for Use in an Animal Fighting Venture**
**7 U.S.C. § 2156(b) & 18 U.S.C. §§ 49, 2**

Not Guilty  _Not Guilty_

Guilty  _____


**Count Seventeen of the Superseding Indictment**
**Possession of a Dog for Use in an Animal Fighting Venture**
**7 U.S.C. § 2156(b) & 18 U.S.C. §§ 49, 2**

Not Guilty  _Not Guilty_

Guilty  _____


**Count Eighteen of the Superseding Indictment**
**Possession of a Dog for Use in an Animal Fighting Venture**
**7 U.S.C. § 2156(b) & 18 U.S.C. §§ 49, 2**

Not Guilty  _Not Guilty_

Guilty  _____

**Count Nineteen of the Superseding Indictment**
**Possession of a Dog for Use in an Animal Fighting Venture**
**7 U.S.C. § 2156(b) & 18 U.S.C. §§ 49, 2**

Not Guilty  _Not Guilty_

Guilty  _____


**Count Twenty of the Superseding Indictment**
**Sale, Transport, and Delivery of a Dog for Use in an Animal Fighting Venture**
**7 U.S.C. § 2156(b) & 18 U.S.C. §§ 49, 2**

Not Guilty  _____

Guilty  _Guilty_


**Count Twenty-One of the Superseding Indictment**
**Possession of a Dog for Use in an Animal Fighting Venture**
**7 U.S.C. § 2156(b) & 18 U.S.C. §§ 49, 2**

Not Guilty  _____

Guilty  _Guilty_


**Count Twenty-Two of the Superseding Indictment**
**Sale of a Dog for Use in an Animal Fighting Venture**
**7 U.S.C. § 2156(b) & 18 U.S.C. §§ 49, 2**

Not Guilty  _____

Guilty  _Guilty_

**Count Twenty-Three of the Superseding Indictment**
**Sale of a Dog for Use in an Animal Fighting Venture**
**7 U.S.C. § 2156(b) & 18 U.S.C. §§ 49, 2**

Not Guilty _____

Guilty  Guilty



8-1-25
DATE

7