# UNITED STATES OF AMERICA
for the
EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. CR-25-012-JFH |
| Plaintiff, | ) | |
| v. | ) | Date: 9/10/2026 |
| | ) | |
| LESHON EUGENE JOHNSON, | ) | Time: 2:02 p.m. – 2:43 p.m. |
| | ) | 2:47 p.m. – 3:00 p.m. |
| Defendant. | ) | |

## MINUTE SHEET – SENTENCING HEARING

| | | |
|---|---|---|
| Chief U.S. District Court Judge John F. Heil, III | Logan Hibbs, Law Clerk<br>Katie Hayes, Deputy Clerk | Shelley Ottwell, Reporter<br>FTR Courtroom 1 - Room 230 |

Counsel for Plaintiff: Adam Cullman and Olivia Staubus, AUSA
Raquel Mobley, Special Agent
Counsel for Defendant: John W. Coyle, IV, Retained

☒ Defendant appears in person with counsel

**MINUTES:**

☒ Plaintiff & Defendant reviewed PSI:
- ☒ Government - Objections: ☒ Yes ☐ No
- ☒ Defendant - Objections: ☒ Yes ☐ No

☒ Court addressed objections made by Government and Defendant. Based on the record, Court gave oral findings (JFH). PSI will form factual basis for sentencing as modified on the record.

☒ No Plea Agreement – Defendant exercised his right to Jury Trial.

☒ Defendant and counsel asked if wish to make any additional argument regarding sentencing
- ☒ Statements by Government in aggravation/mitigation of punishment.
- ☒ Statements by defendant's counsel
- ☒ Statements by defendant

**RECESS**
**RECONVENE**

☒ Court Government's GRANTED IN PART Motion for Upward Variance [Dkt. Entry No. 237].
☒ Court Defendant's DENIED Motion for Downward Variance [Dkt. Entry No. 239].

**SENTENCE: As to Count 1s of the Superseding Indictment**

| | | | | |
|---|---|---|---|---|
| ☒ **Bureau of Prisons for a term of** | **60 months** | ☒ **Concurrent** | ☐ **Consecutive** |
| ☒ **Supervised Release for a term of** | **3 years** | ☒ **Concurrent** | ☐ **Consecutive** |
| ☒ **Special Assessment:** | **$ 100.00** | ☒ **due immediately** | |
| ☒ **Fine:** | **$ 30,000.00** | ☐ **with interest** | ☒ **interest waived** |
| ☐ **Restitution:** | **$** | ☐ **with interest** | ☐ **interest waived** |

**SENTENCE: As to Count 2s of the Superseding Indictment**

| | | | |
|---|---|---|---|
| ☒ Bureau of Prisons for a term of | 60 months | ☒ Concurrent | ☐ Consecutive |
| ☒ Supervised Release for a term of | 3 years | ☒ Concurrent | ☐ Consecutive |
| ☒ Special Assessment: | $ 100.00 | ☒ due immediately | |
| ☒ Fine: | $ No fine | ☐ with interest | ☐ interest waived |
| ☐ Restitution: | $ | ☐ with interest | ☐ interest waived |

**SENTENCE: As to Count 20s of the Superseding Indictment**

| | | | |
|---|---|---|---|
| ☒ Bureau of Prisons for a term of | 60 months | ☒ Concurrent | ☐ Consecutive |
| ☒ Supervised Release for a term of | 3 years | ☒ Concurrent | ☐ Consecutive |
| ☒ Special Assessment: | $ 100.00 | ☒ due immediately | |
| ☒ Fine: | $ No fine | ☐ with interest | ☐ interest waived |
| ☐ Restitution: | $ | ☐ with interest | ☐ interest waived |

**SENTENCE: As to Count 21s of the Superseding Indictment**

| | | | |
|---|---|---|---|
| ☒ Bureau of Prisons for a term of | 60 months | ☒ Concurrent | ☐ Consecutive |
| ☒ Supervised Release for a term of | 3 years | ☒ Concurrent | ☐ Consecutive |
| ☒ Special Assessment: | $ 100.00 | ☒ due immediately | |
| ☒ Fine: | $ No fine | ☐ with interest | ☐ interest waived |
| ☐ Restitution: | $ | ☐ with interest | ☐ interest waived |

**SENTENCE: As to Count 22s of the Superseding Indictment**

| | | | |
|---|---|---|---|
| ☒ Bureau of Prisons for a term of | 60 months | ☒ Concurrent | ☐ Consecutive |
| ☒ Supervised Release for a term of | 3 years | ☒ Concurrent | ☐ Consecutive |
| ☒ Special Assessment: | $ 100.00 | ☒ due immediately | |
| ☒ Fine: | $ No fine | ☐ with interest | ☐ interest waived |
| ☐ Restitution: | $ | ☐ with interest | ☐ interest waived |

**SENTENCE: As to Count 23s of the Superseding Indictment**

| | | | |
|---|---|---|---|
| ☒ Bureau of Prisons for a term of | 60 months | ☒ Concurrent | ☐ Consecutive |
| ☒ Supervised Release for a term of | 3 years | ☒ Concurrent | ☐ Consecutive |
| ☒ Special Assessment: | $ 100.00 | ☒ due immediately | |
| ☒ Fine: | $ No fine | ☐ with interest | ☐ interest waived |
| ☐ Restitution: | $ | ☐ with interest | ☐ interest waived |

☒ **STANDARD CONDITIONS** of Probation given, including the following **Special Conditions:** 1The Special Search Condition. 2. The defendant shall be prohibited from possessing, owning, buying, selling or controlling any dogs, including through a third party.

**ADDITIONAL MINUTES**

The Court orders that the preliminary order of forfeiture at [Dkt. No. 215] is hereby incorporated by reference.

In [Dkt. No. 242], the Government notes that Defendant should be liable for the costs of care to the seized dogs and puppies born from them. Under 7 § U.S.C.2156 (e), "costs incurred for care of animals seized and forfeited . . . shall be recoverable from the owner of the animals (1) if he appears in such forfeiture proceeding, or (2) in a separate civil action brought in the jurisdiction in which the owner is found, resides, or transacts business." Based on this language, the Court believes it would be improper to rule on the Defendant's liability for costs of care in this criminal proceeding. Instead, the Government must pursue this remedy in the forfeiture proceeding or in a separate civil action.

☒ REASONS FOR IMPOSING SENTENCE given by Court
☒ Defendant advised of right to appeal ☐ Defendant gives oral notice of appeal
☒ Defendant requests designation: to FMC closest to the Eastern District of Oklahoma to facilitate family contact
☒ So recommended by the Court
☒ Defendant remanded to the custody of the U.S. Marshal
☒ Court adjourned